Lloyd Junior MAXWELL,
Plaintiff–Appellant,

v.

UNITED STATES DEPARTMENT OF JUSTICE; U.S. Immigration & Naturalization Service; Ins District Director; Leslie S. Turner, A.D. C.; Linda Dominquez, A.D. C.; Jill H. Dufresne, Judge, Defendants–Appellees.

No. 02–1925.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 29, 2004.

Decided: Aug. 3, 2004.

Lloyd Junior Maxwell, Appellant pro se.

Before LUTTIG, MICHAEL, and DUNCAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lloyd Junior Maxwell appeals the district court's order denying relief on his action filed under the Federal Tort Claims Act and *Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Maxwell v. United States Dep't of Justice,* No. CA–02–1675–S (D. Md. June 26, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*